**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Armondez KEGLER, a.k.a. Ron,**
**Defendant–Appellant.**

**No. 14–11551**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 14, 2015.

Michelle Lee Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Of-

fice, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Je'Nita Nakia Lane, The J. Lane Law Group, PC, Albany, GA, for Defendant–Appellant.

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Je'Nita N. Lane, appointed counsel for Armondez Kegler in this direct criminal appeal, has filed a motion to withdraw from further representation of Kegler, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kegler's conviction and sentence are **AFFIRMED**.